IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

LEO M. PLEASANTS,

    Plaintiff,

v.                                                       Civil Action No. 3:13-CV-02797-N-BK

EASTFIELD POLICE DEPT. OF THE
DALLAS COUNTY COMMUNITY
COLLEGE DISTRICT, et al.,

    Defendants.

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Defendants filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge and DIRECTS that this case be remanded to the 68th Judicial District Court of Dallas County, Texas. .

SO ORDERED this 27th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE